# EXHIBIT "B"

# COPIES OF EXECUTED PROCESS

Case: *Helder Flores, Plaintiff, v. City of Houston, Thomas L. Harris and Anton M. Mawhood, Defendants.*

Advisory Note: Defendant CITY OF HOUSTON was served with citation through the City Secretary on or about November 30, 2017, as evidenced by the attached documents. The process serve has not filed the executed documents with the clerk of the state court.

Defendant ANTON MAWHOOD was served with citation via certified on or about December 1, 2017, as evidenced by the attached documents. The process serve has not filed the executed documents with the clerk of the state court.

CAUSE NO. 201649045

RECEIPT NO. 0.00  MTA
\*\*\*\*\*\*\*\*\*\*  TR # 73431912

PLAINTIFF: FLORES, HELDER
vs.
DEFENDANT: LA ESTANCIA APARTMENTS

In The 133rd
Judicial District Court
of Harris County, Texas
133RD DISTRICT COURT
Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

TO: CITY OF HOUSTON MAY BE SERVED BY SERVING ITS REGISTERED AGENT MAYOR OF
HOUSTON SYLVESTER TURNER THROUGH CITY OF HOUSTON SECRETARY
900 BAGBY ST HOUSTON TX 77002

Attached is a copy of PLAINTIFFS FIRST AMENDED PETITION REQUEST FOR DISCLOSURE AND JURY DEMAND

This instrument was filed on the 26th day of July, 2017, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
This citation was issued on 3rd day of November, 2017, under my hand and seal of said Court.



CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)
Generated By: LEMON, JUSTINA VERNELL
EGZ//10813895

Issued at request of:
LEWIS, U A
PO BOX 27353
HOUSTON, TX 77227
Tel: (713) 570-6555
Bar No.: 24076511

---

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___.M., on the _____ day of _____, _____.

Executed at (address) _____ in _____ County at _____ o'clock ___.M., on the _____ day of _____, _____, by delivering to _____ defendant, in person, a true copy of this Citation together with the accompanying _____ copy(ies) of the Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $ _____

_____ County, Texas

By _____ Deputy

_____
Affiant

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

_____
Notary Public

\*73431912\*

N.INT.CITR.P

# CITY OF HOUSTON
## INTER OFFICE CORRESPONDENCE

**TO:** Art Acevedo
Chief of Police

**FROM:** A. Mawhood, Sr. Police Officer
Midwest Division

**DATE:** December 12, 2017

**SUBJECT:** NOTICE OF LEGAL ACTION

**VIA:** S. C. Lameyer, Sergeant
Midwest Division

M. J. Parrie, Lieutenant
Midwest Division

Y. Bashir, Captain
Midwest Division

W. E. Baimbridge, Assistant Chief
Patrol Region 3 Command

T. R. Finner, Executive Assistant Chief
Field Operations

I, Police Officer A. M. Mawhood, employee ███, am currently assigned to Midwest Division, Shift I. I am submitting this correspondence per General Order 200-2. My regular days off are Saturday and Sunday. I can be reached at Midwest Division at 832-394-1200. On approximately December 1, 2017, I was notified by my ex-wife that she signed for a 1-Day Priority Certified Mail addressed to me at my ex-wife's address, ███. I received the envelope from my ex-wife on December 8, 2017, with the enclosed lawsuit. From a review of the documents, it appears that I am being sued in my official capacity as a Houston Police Officer, as well as individually.

This cause of action is styled Case No. 201649045; *Helder Flores vs. La Estancia Apartments, et. al.*; In the 133rd Judicial District Court of Harris County, Texas.

I am hereby requesting that the City of Houston provide me with the necessary self-insurance coverage and a defense in this cause of action in that the incident made the basis of this cause of action occurred while I was within the course and scope of my employment with the City of Houston Police Department. I am making this request pursuant to Texas Local Government Code §180.002 and City of Houston Code §2-301.

It is my belief and understanding that the Department requires this letter solely and exclusively for internal purposes.

*[signature]*

A. M. Mawhood, Sr. Police Officer
Midwest Division

Attachment

```
CAUSE NO. 201649045

RECEIPT NO.                 0.00           MTA
          **********              TR # 73431912

                                   In The    133rd
                                   Judicial District Court
                                   of Harris County, Texas
                                   133RD DISTRICT COURT
                                   Houston, TX

PLAINTIFF: FLORES, HELDER
     vs.
DEFENDANT: LA ESTANCIA APARTMENTS

                        CITATION
THE STATE OF TEXAS
County of Harris

TO: CITY OF HOUSTON MAY BE SERVED BY SERVING ITS REGISTERED AGENT MAYOR
    HOUSTON SYLVESTER TURNER THROUGH CITY OF HOUSTON SECRETARY
    900  BAGBY ST    HOUSTON   TX 77002

    Attached is a copy of PLAINTIFFS FIRST AMENDED PETITION REQUEST FOR DISCLOSURE AND JURY
DEMAND

This instrument was filed on the 26th day of July, 2017, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 3rd day of November, 2017, under my hand and
seal of said Court.

                                            Chris Daniel
                                   CHRIS DANIEL, District Clerk
                                   Harris County, Texas
                                   201 Caroline, Houston, Texas 77002
Issued at request of:              (P.O. Box 4651, Houston, Texas 77210)
LEWIS, U A
PO BOX 27353                       Generated By: LEMON, JUSTINA VERNELL
HOUSTON, TX 77227                  EGZ//10813895
Tel: (713) 570-6555
Bar No.: 24076511

               OFFICER/AUTHORIZED PERSON RETURN
Came to hand at _____ o'clock ____.M., on the _____ day of _____,
Executed at (address) _____ in
_____ County at _____ o'clock ____.M., on the _____ day of _____,
                                                     defendant, in person, a
_____, by delivering to _____.
true copy of this Citation together with the accompanying _____ copy(ies) of the Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____,

FEE: $ _____
                                   _____ of _____ County, Texas
                                   By. _____
         _____       _____ Deputy
         Affiant

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                   _____
                                                Notary Public

N.INT.CITR.P                       *73431912*
```