# EXHIBIT "C"

Case No 201649045

| HELDER FLORES | § | IN THE CIVIL DISTRICT COURT |
| PLAINTIFF | § | |
| | § | |
| VS | § | |
| | § | 133RD JUDICAL COURT *RTANX* |
| LA ESTANCIA APARTMENTS, ET | § | |
| AL, | § | |
| DEFENDANTS | § | |
| | § | HARRIS COUNTY, TEXAS |

## ORDER ON MOTION TO RETAIN

After considering Plaintiffs' motion to retain their case on the court's docket, the Court:

_____ DENIES the motion.

_____✓_____ GRANTS the motion.

SIGNED on _July 28_, 2017.

_____ PRESIDING JUDGE

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

For Official Governmental Use Only - Do Not Disseminate to the Public: 76131556 - Page 1 of 4

Case No. 201649045

FLORES, HELDER                                    *        IN THE DISTRICT COURT OF

vs.                                               *        HARRIS COUNTY, TEXAS

LA ESTANCIA APARTMENTS                            *        133rd    JUDICIAL DISTRICT
                                                  *

## NOTICE OF INTENT TO DISMISS - NO ANSWER FILED

To All Counsel and Pro Se Parties:

Court records indicate that this case is eligible for dismissal for want of prosecution because no answer has been filed in this case. The case will be **DISMISSED FOR WANT OF PROSECUTION**, unless one of the following actions is taken by **07-26-2017**.

    1. You file and have heard, by oral hearing or written submission, a meritorious motion for default judgment (addition instructions on the back); or,

    2. An answer is filed; or,

If neither of the above has been done, then you must file a verified motion to retain, showing good cause to retain the case or diligence in prosecution to avoid dismissal, and appear at the oral hearing, to be held at the Harris County Civil Courthouse, 201 Caroline, Houston, Texas 77002, on **07-26-2017** at **09:00 AM**.

If you file a verified motion to retain, you must appear for the oral hearing unless otherwise advised. Failure to appear at the oral hearing will result in the case being **DISMISSED FOR WANT OF PROSECUTION**. If you have any questions regarding this notice, please contact the court coordinator, BETSY WALL at (832) 927-2483.

Thank you for your prompt attention to this matter.

JACLANEL M. MCFARLAND
Judge, 133RD DISTRICT COURT
Generated on: 06/29/2017

U A LEWIS                                    24076511
PO BOX 27353
HOUSTON, TX 772277341

For Official Governmental Use Only - Do Not Disseminate to the Public: 75884756 - Page 1 of 2

## NOTICE REGARDING NON-MILITARY AFFIDAVIT

If you file a Motion for Default Judgment, you must comply with the requirements of 50 U.S.C. App. §521, Section 201.

The requirements for the non-military affidavit are now more detailed.

You are required to state facts to support whatever you assert in the affidavit.

**READ THE FEDERAL STATUTE.**

A non-complying Motion for Default Judgment will not be granted and will not be sufficient to avoid dismissal for want of prosecution.

For Official Governmental Use Only - Do Not Disseminate to the Public: 75884756 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 14, 2017

Certified Document Number:        75884756 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**