**EXHIBIT "D"**

Harris County Docket Sheet

# 2016-49045

COURT: 133rd
FILED DATE: 7/25/2016
CASE TYPE: Other Injury or Damage



### FLORES, HELDER
Attorney: LEWIS, U A

### vs.

### LA ESTANCIA APARTMENTS

| Docket Sheet Entries | |
| --- | --- |
| Date | Comment |
| 7/28/2017 | RTANX - ORDER SIGNED, CASE RETAINED ON DOCKET |

| (DMZWS6) | About Us | Contact Us | Privacy Statement | Logout | Welcome to the District Clerk |

e-Gov System

| Home | Search Civil | Search Special | Search Criminal | Search All | Basket | Change Password | Criminal Background Checks |

## Search Civil

NOTE: Please be aware, previewing documents requires the Adobe Acrobat Viewer and a TIF viewer.

To select a document to preview, click on the Image Number. If you wish to purchase a document, click the 'Add To Basket' button. The document will be placed in the basket for purchase. If you wish to purchase all documents in the case, click the 'Add Entire Case' button. All documents will be placed in the basket for purchase. Any document placed in the basket may be reviewed again prior to purchase.

Document information displayed in BROWN indicates the document is confidential.
Document information displayed in GRAY indicates the document is expunged.

If the case/documents you are looking for is not available, please click here to notify customer service.

Case 201649045-7  Style: FLORES, HELDER VS. LA ESTANCIA APARTMENTS  Court: 133
Type: OTHER INJURY OR DAMAGE

**Add Entire Case**

| Image Number | Pages | Document Type | Activity Type | Activity Date | PJN | |
|---|---|---|---|---|---|---|
| 71212295 | 5 | CASE FILE | Plaintiff's Original Petition Request for Disclosure and Jury Demand | 7/25/2016 | | Add To Basket |
| 71212296 | 4 | CASE FILE | Affidavit of Indigency - Pauper's Affidavit | 7/25/2016 | | Add To Basket |
| 75884756 | 2 | CASE FILE | Notice of intent to dismiss-No answer filed | 6/29/2017 | | Add To Basket |
| 76078030 | 3 | CASE FILE | Plaintiff's' Motion to Retain | 7/26/2017 | | Add To Basket |
| 76078031 | 1 | CASE FILE | Proposed Order on Motion to Retain | 7/26/2017 | | Add To Basket |
| 76088786 | 7 | CASE FILE | Plaintiff's First Amended Petition, Request for Disclosure, and Jury Demand | 7/26/2017 | | Add To Basket |
| 76131556 | 4 | GENERAL | RTANX - ORDER SIGNED, CASE RETAINED ON DOCKET | 7/28/2017 | | Add To Basket |
| 77286360 | 2 | CASE FILE | Civil Process Request Form | 11/3/2017 | | Add To Basket |
| 77286361 | 2 | CASE FILE | Civil Process Request Form 2 | 11/3/2017 | | Add To Basket |
| 77286362 | 2 | CASE FILE | Civil Process Request Form 3 | 11/3/2017 | | Add To Basket |
| 77347377 | 2 | CASE FILE | Certified mail tracking number 7016 0600 0001 0963 0614 | 11/3/2017 | | Add To Basket |
| 77347378 | 2 | CASE FILE | Certified mail tracking number 7016 0600 0001 0963 0621 | 11/3/2017 | | Add To Basket |
| 77347379 | 2 | CASE FILE | Certified mail tracking number 7016 0600 0001 0963 0638 | 11/3/2017 | | Add To Basket |
| 77609622 | 2 | CASE FILE | Notice of Non-Suit with Prejudice | 11/29/2017 | | Add To Basket |
| 77609624 | 1 | CASE FILE | Proposed Order | 11/29/2017 | | Add To Basket |
| 77610481 | 2 | CASE FILE | Civil Process Request Form | 11/30/2017 | | Add To Basket |
| 77610817 | 1 | CASE FILE | Certified Mail Receipt | 11/8/2017 | | Add To Basket |
| 77610818 | 1 | CASE FILE | Certified Mail Receipt | 11/8/2017 | | Add To Basket |
| 77610819 | 1 | CASE FILE | Certified Mail Receipt | 11/8/2017 | | Add To Basket |
| 77666329 | 2 | CASE FILE | Certified mail tracking number 7016 0600 0001 0813 6759 | 11/30/2017 | | Add To Basket |
| 77687287 | 22 | CASE FILE | Plaintiff's Second Amended Petition, Request for Disclosure, and Jury Demand | 12/6/2017 | | Add To Basket |
| 77769028 | 1 | CASE FILE | Certified Mail Receipt | 12/4/2017 | | Add To Basket |

STATE OF TEXAS
COUNTY OF HARRIS

I, Chris Daniel, District Clerk of Harris County, Texas, certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this 12·14·17

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

_____ Deputy