EXHIBIT "E"

# INDEX OF DOCUMENTS FILED WITH REMOVAL ACTION

Case: *Helder Flores, Plaintiff, v. City of Houston, Thomas L. Harris and Anton M. Mawhood, Defendants.*

(a) Plaintiff's Original Petition
(b) First Amended Original Petition
(c) Plaintiff's Second Amended Original Petition
(d) Citation to Anton M. Mawhood
(e) Citation to City of Houston
(f) Docket Sheet from State Court Action under cause # 2016 – 49045
(g) Index of Documents Filed with Removal Action
(h) List of Counsel of Record