# EXHIBIT "F"

# LIST OF COUNSEL OF RECORD

Case: *Helder Flores, Plaintiff, v. City of Houston, Thomas L. Harris and Anton M. Mawhood, Defendants.*

1. **Attorney for Plaintiff**

    U.A. Lewis
    Lewis Law Group, PLLC
    PO Box 27353
    Houston, Texas 77227
    Tel: 713.570.6555
    Fax: 713.581.1017
    myattorney@law@gmail.com

2. **Attorneys for Defendants City of Houston an d Anton M. Mawhood**

    | | |
    |---|---|
    | DENNIS J. JACKSON | JENNIFER F. CALLAN |
    | Senior Assistant City Attorney | Senior Assistant City Attorney |
    | SBN: 24086286 | SBN: 00793715 |
    | FBN: 1811935 | FBN: 22721 |
    | City of Houston Legal Dept. | City of Houston Legal Dept. |
    | PO Box 368 | PO Box 368 |
    | Houston, Texas 77001-0368 | Houston, Texas 77001-0368 |
    | Dennis.Jackson@houstontx.gov | Jennifer.Callan@houstontx.gov |
    | Telephone: 832.3936480 | Telephone: 832.393.6286 |
    | Fax: 832.393.6259 | Fax: 832.393.6259 |

3. **Defendant Thomas L. Harris** – has not been served with process as of the date of this notice.

4. **Defendants Eureka Multifamily Group, 2015 Houston Gulfton LLC, LA Estancia Apartments, City of Houston** – have not been served with process as of the date of this notice.